Robert DUNCAN, Appellant,

v.

BANKERS DISCOUNT CORPORATION, a corp., Appellee.

No. 2344.

Municipal Court of Appeals for the District of Columbia.

Argued March 16, 1959.

Decided March 31, 1959.

Jack Politz, Washington, D. C., for appellant.

Joseph Luria, Washington, D. C., with whom William R. Lichtenberg, Washington, D. C., was on the brief, for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

This appeal is from an order denying the vacating of a judgment by default rendered against appellant. Appellant contends that the denial of his motion was an abuse of discretion. On the basis of the record before us, we find no such abuse.

Affirmed.